IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES KEN ANDERSON                                                                                    PLAINTIFF

V.                                         CASE NO. 12-CV-6117

RAY HOBBS, Director of the
Arkansas Department of Correction,
*et al*.                                                                                                              DEFENDANTS

## ORDER

On September 9, 2014, the Court issued an order revoking Plaintiff's IFP status and directing Plaintiff to pay the Court's filing fee in full within ten days of the Order. ECF No. 143. At the time the Court issued its Order, Plaintiff had paid all but $174.89 of the filing fee. Plaintiff, however, has not paid the remainder of his balance by the deadline set by the Court. In fact, since the Court issued its Order, Plaintiff has made no payment at all towards his outstanding balance and has made no request for an extension of the deadline. Thus, the Court finds that Plaintiff's case should be and hereby is **DISMISSED WITH PREJUDICE**. The Court also certifies that any appeal taken from the Court's final judgment in this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**, this 23rd day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge